IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JOSEPH EDWARD HOLMES | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-406 |
| | § | |
| NATHANIEL QUARTERMAN, DIRECTOR OF TDCJ-CID | § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on April 2, 2007. Neither Petitioner nor Respondent has filed Objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that Respondent's Motion to Dismiss (Instrument No. 8) is **GRANTED**; and that the Petition for a Writ of Habeas Corpus of Joseph Edward Holmes (Instrument No. 1) is **DISMISSED AS MOOT**.

**DONE** at Galveston, Texas this 25th day of April, 2007.

Samuel B. Kent
United States District Judge